1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10   HAKIM AKBAR-JONES,

11            Plaintiff,                    No. CIV S-11-2627 CKD P

12       vs.

13   M. MCDONALD, et al.,

14            Defendants.              <u>ORDER</u>

15   _____/

16          On October 5, 2011, defendants removed this action to this court from the

17   Superior Court of Lassen County.  Plaintiff has filed an opposition to removal.  While it is not

18   clear, it appears plaintiff does not wish to pursue any claims arising under federal law.  Good

19   cause appearing, IT IS HEREBY ORDERED that plaintiff inform the court within 21 days

20   whether he wishes to pursue any claims arising under federal law as opposed to claims which

21   arise only under California law.  If plaintiff does not wish to pursue claims arising under federal

22   law, this action will be remanded to the Superior Court of Lassen County.

23    Dated: May 29, 2012

24

25                                          CAROLYN K. DELANEY
                                            UNITED STATES MAGISTRATE JUDGE

26   1/akba2627.rem