IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HAKIM AKBAR-JONES,

    Plaintiff,                         No. CIV S-11-2627 CKD P

    vs.

M. MCDONALD, et al.,

    Defendants.                  ORDER

_____/

        On October 5, 2011, defendants removed this action to this court from the Superior Court of Lassen County. Plaintiff has filed an opposition to removal. While it is not clear, it appears plaintiff does not wish to pursue any claims arising under federal law. Good cause appearing, IT IS HEREBY ORDERED that plaintiff inform the court within 21 days whether he wishes to pursue any claims arising under federal law as opposed to claims which arise only under California law. If plaintiff does not wish to pursue claims arising under federal law, this action will be remanded to the Superior Court of Lassen County.

Dated: May 29, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/akba2627.rem