1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   HAKIM AKBAR-JONES,

11              Plaintiff,                    No. 2:11-cv-2627 CKD P

12        vs.

13   M. MCDONALD, et al.,

14              Defendants.              ORDER

15   _____/

16              On October 5, 2011, defendants removed this action to this court from the

17   Superior Court of Lassen County.  Plaintiff filed an opposition to removal on October 24, 2011.

18   On May 29, 2012, the court ordered plaintiff to inform the court whether he wishes to pursue

19   claims under both federal and state law as it is not clear from plaintiff's opposition to removal

20   that he wants to pursue claims under federal law.[1]  The time for responding to the court's May

21   29, 2012 order has run out and plaintiff has not responded.  Good cause appearing, IT IS

22   HEREBY ORDERED that plaintiff file a response to the court's May 29, 2012 order within 21

23   \\\\\

24   _____

25        [1] If plaintiff wishes to pursue claims under federal law, the court will screen plaintiff's
     complaint pursuant to 28 U.S.C. § 1915A(a).  If plaintiff does not wish to pursue claims under
26   federal law, the court will recommend that this action be remanded or dismissed, at which point
     plaintiff would be free to pursue his state law claims in the Superior Court of Lassen County.

1   days.  If plaintiff fails to comply with this order, the court will recommend that this action be

2   dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

3    Dated: August 28, 2012

4

5                                                CAROLYN K. DELANEY
                                                 UNITED STATES MAGISTRATE JUDGE
6

7

8   1
    akba2627.rem(2)
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26