IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HAKIM AKBAR-JONES,

        Plaintiff,                    No. 2:11-cv-2627 GEB CKD P

    vs.

M. MCDONALD, et al.,

        Defendants.            ORDER

                                   /

        Plaintiff has filed a motion requesting leave to proceed in forma pauperis on appeal. An appeal may not be taken in forma pauperis if the trial court certifies that the appeal is not taken in good faith. 28 U.S.C. § 1915(a)(3). Here, plaintiff appeals the decision to remand this action to the Superior Court of Lassen County because there is no federal jurisdiction over plaintiff's claims. This order is not appealable. See 28 U.S.C. § 1447(d). Therefore, plaintiff's appeal is not taken in good faith and his request to proceed in forma pauperis (Dkt. No. 23) is denied.

Dated: January 10, 2013

                                                           GARLAND E. BURRELL, JR.
                                                           Senior United States District Judge